```
FORM C9B
1VAF639159 - VANDENBERG & FELIU, LLP
```

UNITED STATES SOUTHERN DIST. COURT - NEW YORK COUNTY

```
---------------------------------         Index No: 04 /CV 8460
GERD THIELEBEULE,                         Date Filed:    /   /
                                          Office No:
           PLAINTIFF                      Court Date:
     - vs. -

GERMANISCHER LLOYD (U.S.A)INC ETANO,

           DEFENDANT
---------------------------------
```

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**JOSEPH BARNUM** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on 11/11/2004 at 04:05PM at 303 SOUTH BROADWAY, SUITE 460 , TARRYTOWN, NY 10591, I served a true copy of the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND (2) THE INDIVIDUAL PRACTICES OF JUDGES RICHARD J HOLWELL (3) THE INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H KATZ** upon **GERMANISCHER LLOYD,AG**, the **DEFENDANT** therein named by delivering to, and leaving personally with **MICHELLE GARCIA, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **FEMALE**         COLOR: **WHITE**          HAIR: **BROWN**
APP. AGE: **30**        APP. HT: **5'6**          APP. WT: **180**
OTHER IDENTIFYING FEATURES:

**(4) USDC/SDNY** Instructions for Filing an Electronic Case or Appeal; (5) the USDC SDNY Procedures for Electronic Case Filing and (6) the USDC/SDNY Guidelines for Electronic Case Filing.

Sworn to before me on 11/17/2004.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2006

JOSEPH BARNUM
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AM