FORM C9B
1VAF639158 - VANDENBERG & FELIU, LLP

UNITED STATES SOUTHERN DIST. COURT - NEW YORK COUNTY

---

GERD THIELEBEULE,

      PLAINTIFF
- vs. -

GERMANISCHER LLOYD (U.S.A) INC ETANO,

      DEFENDANT

---

Index No: 04 /CV 8460
Date Filed:    /    /
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**JOSEPH BARNUM** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on 11/11/2004 at 04:05PM at 303 SOUTH BROADWAY, SUITE 460, TARRYTOWN, NY 10591, I served a true copy of the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND (2) THE INDIVIDUAL PRACTICES OF JUDGE RICHARD J HOLWELL, (3) THE INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H KATZ** upon **GERMANISCHER LLOYD (U.S.A), INC** the **DEFENDANT** therein named by delivering to, and leaving personally with **MICHELLE GARCIA, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **WHITE** | HAIR: **BROWN** |
| APP. AGE: 30 | APP. HT: 5'6 | APP. WT: 180 |
| OTHER IDENTIFYING FEATURES: | | |

** (4) USDC SDNY Instructions for filing an electronic Case or Appeal: (5) the USDC/SDNY Procedures for electronic case filing and (6) the USDC/SDNY Guidelines for electronic Case filing.

Sworn to before me on 11/17/2004.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2006

JOSEPH BARNUM
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AM