X:GLA1000/EFL\cp\rule7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GERMANISCHER LLOYD, AG; and GERMANISCHER     RULE 7.1 STATEMENT
LLOYD USA, INC.,

                              Plaintiffs,                  04 CV 8460

      -against-
GERMANISCHER LLOYD (U.S.A), Inc. and            Judge Holwell
GERD THIELEBEULE

                              Defendant.
-------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

      Germanischer Lloyd, (USA) Inc., is a New York Corporation that is privately owned by an entity known as ELBE Holdings GmbH., Germanischer Lloyd, AG is also a privately owned corporation, domiciled in Germany.

Dated: New York, New York
       December 10, 2004

                                                                                     _____
                                                                                    By: Edwin F. Lambert, Jr. (2747)
                                                                                                            BARRY, McTIERNAN & MOORE
                                                                                                             Attorneys for Defendants
                                                                                                             2 Rector Street, 14th Floor
                                                                                                             New York, New York 10006
                                                                                                             Tel. No.: 212-608-8999