```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GERD THIELEBEULE,                                    ECF CASE

                Plaintiffs,                         Case No. 04 CV 8460(RJH)(THK)

     -against-                                       **STIPULATION**

GERMANISCHER LLOYD (U.S.A.), INC. and
GERMANISCHER LLOYD, AG,

                Defendants.
-----------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the time for the Plaintiff, Gerd Thielebeule, to reply to Defendants' Counterclaims, or make any motion with respect to Defendants' Counterclaims in this action, be and hereby is extended to and including January 13, 2005.

Dated: New York, New York
       December 29, 2004

VANDENBERG & FELIU, LLP                              BARRY McTIERNAN & MOORE

By: _____                          By: _____
   Raymond L. Vandenberg, Esq. (RV-3661)              Edwin F. Lambert, Esq. (EFL-2747)
Attorneys for Plaintiff                              Attorneys for Defendants
110 East 42nd Street, Suite 1502                     2 Rector Street, 14th Floor
New York, New York 10017                             New York, New York 10006
(212) 763-6800                                       (212) 608-8999

                                          SO ORDERED:

                                          U.S.D.J.  1/10/05

RECEIVED JAN 06 2005