UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------- X
                                                  :
GERD THIELEBEULE,                                 :
                                                  :
                        Plaintiffs,               :
                                                  :
        -against-                                 :
                                                  :
GERMANISCHER LLOYD USA, et al,                    :
                                                  :
                        Defendants.               :
                                                  :
------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/04/05

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

04 Civ. 08460 (RJH) (THK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____    Specific Non-Dispositive Motion/Dispute:*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_    Settlement*

____    Inquest After Default/Damages Hearing

____    Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____    Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

__    Habeas Corpus

____    Social Security

____    Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:        New York, New York
              February 04, 2004

_____
HON: Richard J. Holwell
United States District Judge