# Vandenberg & Feliu, LLP

*Attorneys at Law*
110 East 42nd Street
New York, New York 10017
Telephone: 212-763-6800
Fax: 212-763-6810

Raymond L. Vandenberg
E-mail: rvandenberg@vanfeliu.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/05

June 21, 2005

<u>VIA FACSIMILE 212-805-7948</u>

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



RECEIVED
JUN 22 2005
CHAMBERS
RICHARD J. HOLWELL

Re:   Thielebeule v. Germanischer Lloyd (U.S.A.), Inc. and Germanischer Lloyd, AG
      SDNY Case No. 04 CV 8460 (RJH)(THK)

Dear Judge Holwell:

Confirming my telephone conversation with your law clerk today, the parties held a settlement conference with Magistrate Judge Katz on March 4, 2005 and subsequently met with their respective counsel at Defendants' offices in Hamburg, Germany on May 10-11, 2005. In the ensuing weeks, Plaintiff drafted a Settlement Agreement, which is presently being reviewed by Defendants and their counsel.

It is expected that a final agreement will be reached in the next few weeks. Accordingly, it is respectfully requested that the settlement conference scheduled on June 23, 2005 be adjourned.

Conference adjourned to
7/28/05 at 11:30 a.m.
SO ORDERED
[signature]
USDJ
6/28/05

Respectfully,

[signature]
Raymond L. Vandenberg

Encl.

cc:   Edwin F. Lambert, Jr., Esq.
      Barry McTiernan & Moore
      Via Fax (212) 608-8901