UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

GERD THIELEBEULE,

                Plaintiff,

-against-

GERMANISCHER LLOYD (U.S.A.), INC., et al.

                Defendants.

------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/06
```

04 cv 8460 (RJH)

**ORDER**

       By memorandum dated March 4, 2006, Magistrate Judge Katz, to whom this matter had been referred for settlement informed this Court that the parties had reached an agreement.

       The parties are directed to submit a joint letter advising the Court of the status of said settlement agreement, on or before Friday, October 13, 2006.

SO ORDERED.

Dated: New York, New York
       October 4, 2006

                                            Richard J. Holwell
                                          United States District Judge