UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

GERD THIELEBEULE,

          Plaintiff,

    -against-

GERMANISCHER LLOYD (U.S.A.), et al.

          Defendants.
------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/06
```

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

04 Civ. 8460 (RJH) (THK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

√ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
              December 15, 2006

                                            Richard J. Holwell
                                            United States District Judge