```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
GERD THIELEBEULE,                       :
                                        :
                     Plaintiff,         :
                                        :   04 Civ.08460 (RJH)(THK)
        -against-                       :
                                        :
                                        :        ORDER
                                        :
GERMANISCHER LLOYD,                     :
                                        :
                     Defendant.         :
                                        :
---------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action was referred to this Court to assist the parties with settlement efforts. The Court has been advised of Plaintiff's recent demise. Accordingly, **this action shall be placed on the Suspense Docket.** By July 16, 2007, Plaintiff's counsel shall provide an update on the intentions of Plaintiff's Estate with respect to this litigation.

So ordered.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: May 31, 2007
       New York, New York

COPIES MAILED TO COUNSEL OF RECORD ON 5/31/07