VANDENBERG & FELIU, LLP
Attorneys for Plaintiff
110 East 42nd Street, Suite 1502
New York, New York 10017
(212) 763-6800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GERD THIELEBEULE,                                    ECF CASE

                Plaintiff,                     Case No. 04 CV
                                                8460(RJH)(THK)

    -against-

GERMANISCHER LLOYD (U.S.A.), INC. and
GERMANISCHER LLOYD, AG,

                Defendants.      **NOTICE OF APPEARANCE**
----------------------------------------------------------------X   **(Filed Electronically)**

      PLEASE TAKE NOTICE that the undersigned attorney hereby appears as

co-counsel for BERND CLASEN as Executor of the Estate of the late plaintiff Gerd

Theilebeule.

Dated: New York, New York
      August 1, 2007

                VANDENBERG & FELIU, LLP

                By:  //s/Ray Beckerman
                Ray Beckerman (RB-8783)
                Attorneys for Executor of the Estate of Plaintiff
                Gerd Thielebeule
                110 East 42 Street, Suite 1502
                New York, NY 10017
                (212) 763-6800
                (212) 763-6810 (facsimile)
                Email: rbeckerman@vanfeliu.com

To: Edwin F. Lambert, Jr., Esq.
 Barry McTiernan & Moore
 2 Rector Street, 14th Floor
 New York, NY 10006
 (212) 608-8999