UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GERD THIELEBEULE,                                    ECF CASE

                Plaintiff,             Case No. 04 CV
                                           8460(RJH)(THK)
    -against-

GERMANISCHER LLOYD (U.S.A.), INC. and
GERMANISCHER LLOYD, AG,

                Defendants.            ~~PROPOSED~~ ORDER
------------------------------------------------------------------X

RICHARD J. HOLWELL, District Judge:

      Upon the declaration of Raymond Vandenberg and exhibit thereto, and there being no opposition to the within motion, it is ordered that (1) the motion of Bernd Clasen as Executor of the Estate of Gerd Thielebeule, deceased, to be substituted as a party plaintiff herein in place and instead of the late plaintiff Gerd Thielebeule, pursuant to Fed. R. Civ. P. 25, is granted, and (2) the Clerk of the Court is directed to amend the caption to read:

BERND CLASEN as Executor of the
Estate of GERD THIELEBEULE,
        Plaintiff,
  -against-
GERMANISCHER LLOYD (U.S.A.), INC. and
GERMANISCHER LLOYD, AG,
        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07

-1-

_____
Richard J. Holwell
United States District Judge

New York, New York
August 8, 2007

-2-