USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BERND CLASEN, as Executor
Of the Estate of GERD THIELEBEULE,

                Plaintiff,

-against-

GERMANISCHER LLOYD (U.S.A.), INC. and
GERMANISCHER LLOYD, AG,

                Defendants.
------------------------------------------------------------X

ECF CASE

Case No. 04 CV 8460(RJH)(THK)

**STIPULATION AND ORDER OF DISMISAL**

The Plaintiff and the Defendants, through their respective undersigned counsel, hereby stipulate and agree as follows: Pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned case is dismissed with prejudice and without costs.

Dated: New York, New York
         January 2, 2008

VANDENBERG & FELIU, LLP

By: _____
Raymond L. Vandenberg (RV-3661)
Attorneys for the Plaintiff
110 East 42nd Street, Suite 1502
New York, NY 10017
(212) 763-6800

BARRY McTIERNAN & MOORE

By: _____
Edwin F. Lambert (EFL-2747)
Attorneys for Defendants
2 Rector Street, 14th Floor
New York, NY 10006
(212) 608-8999

SO ORDERED:

_____
U.S.D.J.
1/16/08